UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AURA LABS INC.,

Plaintiff(s),

v.

SEMISILICON TECH. CORP.,

Defendant(s).

CASE NO. C26-1297-KKE

ORDER DENYING PENDING MOTION AS MOOT

On July 24, 2026, Defendant filed a motion to dismiss Plaintiff's complaint for failure to state a claim. Dkt. No. 8. The parties subsequently filed a certification of conferral in response to an order to show cause issued by Judge King (Dkt. No. 10),[1] stating that Plaintiff had agreed to amend its complaint. Dkt. No. 12. The parties agreed that Plaintiff's decision to amend its complaint mooted Defendant's motion to dismiss. *Id.* Plaintiff filed its amended complaint on August 14, 2026. Dkt. No. 16. As Defendant's motion to dismiss now pertains to a prior version of the operative complaint, the Court DENIES the motion (Dkt. No. 8) as moot, subject to re-filing with respect to the operative complaint. *Cf. Gray v. City of Roseville*, No. 2:25-cv-0535-TLN-JDP (PS), 2025 WL 1014690, at *1 n.1 (E.D. Cal. Apr. 4, 2025).

Dated this 27th day of August, 2026.

Kymberly K. Evanson
United States District Judge

[1] This case was transferred to the undersigned judge on July 30, 2026.