UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AURA LABS INC.,<br><br>Plaintiff(s),<br>v.<br><br>SEMISILICON TECH. CORP.,<br><br>Defendant(s). | CASE NO. C26-1297-KKE<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND REPLY DEADLINE AND RENOTING MOTION TO DISMISS |

This matter comes before the Court on the parties' stipulated motion to extend Defendant's deadline to file a reply in support of its motion to dismiss the amended complaint. Dkt. No. 22. The parties request that the Court relieve Defendant from the reply deadline of September 25, 2026, and extend it until September 28, 2026, due to Plaintiff's late filing of opposition papers. *Id.* The Court notes that Defendant's existing deadline to file its reply papers is September 30, the current noting date, not September 25. *See* Dkt. No. 18 at 1 (motion to dismiss noted for September 30, 2026). Because the parties also filed a stipulated notice (Dkt. No. 23) renoting the motion to dismiss the amended complaint (Dkt. No. 18) from September 30, 2026, to October 7, 2026, Defendant's deadline to file its reply is now October 7, 2026. Thus, the Court DENIES the stipulated motion to extend the reply deadline (Dkt. No. 22) as moot in light of the parties' agreement to renote the motion to dismiss. Defendant shall file its reply papers no later than October 7, 2026. The clerk is directed to renote Dkt. No. 18 to October 7, 2026.

Dated this 24th day of September, 2026.

Kymberly K. Evanson
United States District Judge